■ In the Matter of BRAD MCPHERSON, Petitioner, v WILLIAM LEE, as Superintendent of Green Haven Correctional Facility, et al., Respondents. [956 NYS2d 263]—

Contrary to petitioner's claim, the matter was properly transferred to this Court, as the petition raises a question of substantial evidence (*see* CPLR 7804 [g]). Moreover, the detailed misbehavior report and related documentation, together with the testimony of the correction officers involved in the incident, provide substantial evidence supporting the determination (*see Matter of Hemphill v Fischer*, 94 AD3d 1309, 1309 [2012]; *Matter of Terrence v Fischer*, 64 AD3d 1110, 1111 [2009]). Petitioner's claim of retaliation presented a credibility issue for the Hearing Officer to resolve (*see Matter of Martin v Fischer*, 98 AD3d 774, 774 [2012]; *Matter of Wright v Fischer*, 98 AD3d 759, 759 [2012]). Therefore, we find no reason to disturb the determination of guilt.

Rose, J.P., Lahtinen, Stein, McCarthy and Garry, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.